Metropolitan Trust Company and others, Appellants. — Judgment overruling demurrer to plaintiff's complaint affirmed, with costs on opinion of Special Term. Cullen, J., dissenting.

The Equitable Life Assurance Society of the United States. Appellant, v. John H. C. Doscher and Charles Von Glahn, Respondents, Impleaded, etc. — Judgment reversed and new trial granted. Opinion by Cullen, J ; Barnard, P. J., concurred ; Dykman, J., dissenting.

## FIRST DEPARTMENT, MAY TERM, 1885.

**Decisions Handed Down May 8, 1885.**

Ann Mallach, Respondent, v. Edward A. Ridley and others, Appellants.— Judgment and order reversed, new trial ordered, costs to abide event Opinions by Davis, P. J ; Brady and Daniels, JJ.

Ann Mallach, Respondent, v. Edward A. Ridley, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Davis, P. J.

Samuel L. Miller, Respondent, v. Richard Woodhead, Appellant.— Judgment affirmed. Opinion by Brady, J.

The People of the State of New York *ex rel.* Leon Von Heck v. New York Catholic Protectory — Order reversed and order entered delivering custody of child to the relator. Opinion by Davis, P. J.; Brady, J., dissenting.

Gibbons L. Kelty, Appellant, v. Zachariah E. Simmons, Respondent. — Judgment modified as directed in opinion and affirmed as modified, without costs to either party. Opinion by Daniels, J.

Lewis Le Coulteux de Caumont, Appellant, v. Mary J. Morgan and others, Respondents. — Order affirmed. Opinion by Brady, J.

Drayton Hillyer, Appellant, v. United States Trust Company, Respondent. — Judgment affirmed. Opinion by Davis, P. J.

Daniel Sanford, Respondent, v. Joseph Crocheron, Appellant.—Judgment affirmed. Opinion by Daniels, J.; Brady, J., dissenting.

Cornelius Hayes, Appellant, v. The Second Avenue Railway Company. Respondent. — Order affirmed, with costs. Opinion by Davis, P. J.

John H. Paulison, Receiver, etc., Appellant, v. Laura B. Field, Executrix, etc., Respondent.— Order affirmed, with costs. Opinion by Brady, J.

Eugenia Roche, Appellant, v. James M. Marvin, Respondent. — Judgment affirmed. Opinion by Davis, P. J.

Johanna Nolan, Respondent, v. The New York, Lake Erie and Western Railway Company, Appellant. — Verdict set aside, new trial ordered, costs to abide event. Opinion by Davis, P. J.

Farmers' Loan and Trust Company and others, Appellants, v. The Southern Telegraph Company, Respondent. — Order reversed, with costs. Opinion by Brady, J.

In the Matter of Elbridge T. Gerry. — Judgment affirmed. Opinion by Brady, J.

John A. C. Gray, Respondent, v. John A. Bartholomew, Appellant. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Davis, P. J.

John Swenarton, Respondent, v. Walker H. Shupe, Appellant. — Order affirmed. Opinion by Daniels, J., and Davis, P. J., and by Brady, J., dissenting.

Charles H. Russell, Respondent, v. William E. Rider, Appellant. — Order affirmed, with ten dollars costs and disbursements to abide event. Opinion by Davis, P. J.

Edward D. Sniffin, Respondent, v. Charles R. Parker, Appellant. — Order reversed, and motion granted, with ten dollars costs and disbursements. Opinion by Brady, J.

Charles S. Hine and another, Appellants, v. Peter Bowe, Respondent. — Judgment and order reversed, and new trial ordered, with costs to abide event. Opinion by Daniels, J.

Jean B. M. Duche, Respondent, v. Buffalo Grape Sugar Company, Appellant. — Judgment affirmed, with costs. Opinion by Brady, J.

In the Matter of Ella D. Goodrich. — Decree modified as directed in opinion, and affirmed as modified, without costs to either party. Opinion by Davis, P. J. (See *ante*, page 299.)

Henry Weil, Respondent, v. Allen McDonald, Appellant—Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by Davis, P. J.

William C. N. Swift, Respondent v. Pacific Mail Steamship Company and others, Appellants.— Judgment and order affirmed. Opinion by Daniels, J.

Arie Pinedo, Appellant, v. Germania Smelting and Refining Works, Respondent. — Judgment affirmed. and motion for new trial denied. Opinion by Davis, P. J.

Caroline G. Gade, Appellant, v. Frederick W. Gade, Respondent. — Judgment and order reversed, and referee's report vacated, and case remitted to Special Term. Appellant's costs of appeal to abide event. Opinion by Davis, P. J.

Charles W. Durant, Appellant, v. William P. Abendroth. Respondent.

Henry Fulmer, Appellant, v. William P. Abendroth, Respondent.—Judgment reversed, new trial ordered, costs to abide event. Opinion by Daniels, J.

Solomon Marx, Respondent, v. Bernard Spaulding, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Davis, P. J.

Henry S. Billings and another, Respondents, v. Charles C. Houghton and others, Appellants.— Judgment reversed, new trial granted, costs to abide event. Opinion by Davis, P. J.

David S. Paige, Respondent, v. Edmund Waring and another, Executors, etc., Appellants.— Judgment affirmed, with costs. Opinion by Brady, J.

Thomas J. Pope and another, Appellants, v. The Copeley Iron Company, Respondent. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Daniels, J.

Netherland Trading Society, Respondent, v. Cornelius H. Delamater and another, Appellants. — Judgment affirmed. Opinion by Brady, J.

Emily Tucker, Respondent, v. Charles A. Dean, Appellant — Judgment affirmed, with costs. Opinion by Brady, J.

Peter Moller, Jr., and others, Respondents, v. Joseph W. Duryee and others, Appellants. — Order affirmed, without costs. Opinion by Daniels, J.

Same v. Same — Judgment affirmed. Opinion by Daniels, J.

Andrew McLean, Appellant, v. James W. Prentice, Respondent. — Motion for reargument granted. Mem. by Brady, J.

Attorney General v. Continental Life Insurance Company. — Motion for reargument granted.

Harriet E. Berdell v. Robert H. Berdell. —